UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG LINH HOANG, | No. 2:17-cv-0557AC P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a putative petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the filing fee or submitted an application to proceed in forma pauperis.

The petition appears to challenge a December 29, 2016 decision by the California Court of Appeal, Fourth Appellate District, concerning petitioner's 2004 conviction in the Orange County Superior Court. Although petitioner is incarcerated within this district, the subject matter of his petition challenges judicial decisions reached within the jurisdiction of United States District Court for the Central District of California, Southern Division.

While both this court and the United States District Court for the Central District of California where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of the petition are more readily available in Orange County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
2  transferred to the United States District Court for the Central District of California, Southern
3  Division, at the following address:

4  
United States District Court
Central District of California, Southern Division
5  411 West 4th Street, Rm. 1053
Santa Ana CA 92701-4516
6  

7  SO ORDERED.

8  DATED: March 17, 2017

9  _____
ALLISON CLAIRE
10 UNITED STATES MAGISTRATE JUDGE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2