JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG LINH HOANG,<br><br>        Petitioner,<br><br>        v.<br><br>UNKNOWN,<br><br>        Respondent. | Case No.  SACV 17-00495-RGK (KES)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

    IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED:  March 24, 2017

*Gary Klausner*
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE