JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG LINH HOANG,<br><br>        Petitioner,<br><br>   v.<br><br>RAYMOND MADDEN, Warden,<br><br>        Respondent. | Case No. 8:17-cv-00495-RGK-KES<br><br>**JUDGMENT** |

   Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

DATED: 9/21/2020

R. Gary Klausner
UNITED STATES DISTRICT JUDGE